Michael C. Ormsby
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>        Plaintiff,           )<br>                              )<br>    vs.                       )<br>                              )<br> JESE DAVID CARILLO CASILLAS, )<br>                              )<br>        Defendant.            )<br>                              )<br>                              )<br>                              ) | No. 4:15-CR-6049-EFS-2<br><br>United States' Motion for Extension of Time to Meet and Confer with Counsel and to File Joint Status Report<br><br>Date: 8/26/16 @ 6:30 p.m.<br>Without Oral Argument |

    Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, submits this motion for extension of time to meet and confer with counsel and to file joint status report.

    On August 19, 2016, the Court filed an Order Requiring Meet-And-Confer and Setting Pretrial Conference and Trial (ECF No. 31). Counsel for the United States requests an extension for the following reasons. This case is tied to very large investigation, therefore the United States antipcates the release of voluminous

United States' Motion for Extension of Time to Meet and Confer with Counsel and to File Joint Status Report - 1

discovery. The United States also intends on seeking a superseding indictment with additional charges. As a result, counsel is really not in a position to assess the status of this case at this time. The parties request an extension until September 2, 2016 for the meet and confer and until Sepetmber 6, 2016 to file the joint status report. Counsel for the United States contacted Ms. Emmans to indicate we would be filing this motion for extension and she has no objection.

DATED August 26, 2016.

Michael C. Ormsby
United States Attorney

*s/Stephanie Van Marter*

Stephanie Van Marter
Assistant United States Attorney

United States' Motion for Extension of Time to Meet and Confer with Counsel and to File Joint Status Report - 2

CERTIFICATION

I hereby certify that on August 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Robin Collett Emmans
Robin.emmons@secondstreetlaw.com

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

United States' Motion for Extension of Time to Meet and Confer with Counsel and to File Joint Status Report - 3