1

2

3
4
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

5
UNITED STATES OF AMERICA,

6
                                    Plaintiff,

7
                    vs.

8
JESE DAVID CARILLO CASILLAS,

9
                                    Defendant.

10

4:15-CR-06049-EFS

Order Granting United States Motion
for Extension of Time to Meet and
Confer with Counsel and File a Joint
Status Report

11
        Upon Motion of the United States,

12
        IT IS ORDERED that the motion brought by the United States to Extend time

13
to meet and confer with Counsel and file joint status report until September 2, 2016, is

14
granted.

15
        DATED this _____ day of August, 2016.

16

17

18
                                    _____
                                    Edward F. Shea

19
                                    Senior United States District Court Judge

20

21

22

23

24

25

26

27

28
Order Granting United States Motion for Extension of Time to Meet and Confer with
Counsel and File a Joint Status Report - 1
Casillas.order extension.docx