UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JESE DAVID CARILLO CASILLAS,<br>                    Defendant. | 4:15-CR-06049-EFS<br><br>Order Granting United States Motion for Expedited |

Upon Motion of the United States,

IT IS ORDERED that the motion brought by the United States to Expedited is granted.

DATED this _____ day of August, 2016.

                                                              _____
                                                               Edward F. Shea
                                                               Senior United States District Court Judge