UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESE DAVID CARILLO CASILLAS, and<br>FRANCISCO DUARTE FIGUEROA,<br><br>Defendants. | 4:15-CR-6049-EFS<br><br>Order Granting Motion for Disclosure and for Protective Order<br><br>[Proposed] |

THIS MATTER coming before the Court upon a motion by the United States for an Order to Disclose Pre-Indictment Pleadings for Discovery But Not Unsealing and for Protective Order regarding Indictment 4:15-CR-6049-EFS and the above referenced Defendants, the Court having considered the Motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Motion to Disclose Pre-Indictment Pleadings for Discovery But Not Unsealing is GRANTED.

Order Granting Motions for Disclosure and for Protective Order - 1
P60907JJ.SAV.Casillas.OrderDD.docx

The United States is permitted to disclose related Pre-Indictment Pleadings that are all currently sealed by the Court (hereinafter "Protective Discovery") to counsel for the above referenced Defendants' pursuant to its discovery obligations:

Such applications, orders and warrants shall otherwise remain sealed by the Court

IT IS FURTHER ORDERED that the United States' Motion for Protective Order is GRANTED.

1. The United States will provide discovery materials (including Protective Discovery) on an on-going basis to defense counsel;

2. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents;

3. Defense counsel may show to, and discuss with the Defendant the discovery material, including sealed documents;

4. Defense counsel shall not provide original or copies of discovery materials directly to the Defendant;

5. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or

Order Granting Motions for Disclosure and for Protective Order - 2
P60907JJ.SAV.Casillas.OrderDD.docx

investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the protective order;

6. The United States and defense counsel may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to this cause. Any reference to the content of the Protected Discovery shall be filed under seal, until further order of the Court.

7. The parties may seek relief from this Order for good cause shown.

DATED this _____ day of September 2016

                                                Edward F. Shea
                                                Senior United States District Judge