MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 4:15-CR-6049-EFS |
| vs. | ) Motion To Expedite Hearing |
| JESE DAVID CARILLO CASILLAS, and | ) Date: 09/15/2016 |
| FRANCISCO DUARTE FIGUEROA, | ) Without Oral Argument |
| Defendants. | ) |

Plaintiff, United States of America, by and through MICHAEL C. ORMSBY, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, submits the following Motion To Expedite Hearing without oral argument on United States' Motion to Disclose Pre-Indictment Pleadings for Discovery but Not Unsealing and for Protective Order.

DATED September 8, 2016.

MICHAEL C. ORMSBY
United States Attorney

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Motion to Expedite Hearing - 1
P60908JJ.SAV.Casillas.MotionX.docx

## CERTIFICATION

I hereby certify that on September 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Robin Emmans, Robin_Emmans@secondstreetlaw.com
Rick Hoffman, Rick_Hoffman@fd.org

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Motion to Expedite Hearing - 2
P60908JJ.SAV.Casillas.MotionX.docx