UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JESE DAVID CARILLO CASILLAS,<br>and<br>FRANCISCO DUARTE FIGUEROA,<br><br>　　　　　Defendants. | )<br>)<br>)<br>) 4:15-CR-6049-EFS<br>)<br>) Order Granting United States'<br>) Motion To Expedite Hearing<br>)<br>)<br>) |

　　THIS MATTER coming before the Court upon motion by the United States for an order allowing an expedited hearing re: United States' Motion to Disclose Pre-Indictment Pleadings for Discovery but Not Unsealing and for Protective Order, the Court having considered the motion and the Court being fully advised in the premises,

　　IT IS HEREBY ORDERED that the United States' Motion to Expedite Hearing is granted.

　　IT IS SO ORDERED this _____day of September 2016.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Edward F. Shea
　　　　　　　　　　　　　　　　　　Senior United States District Judge

Order Granting United States' Motion To Expedite Hearing - 1
P60908JJ.SAV.Casillas.OrderX.docx