Michael C. Ormsby
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )                                                           | |
| Plaintiff,             ) | No. 4:15-CR-6049-EFS |
| )                                                           | |
| vs.                                  ) | United States' Motion for |
| )                                                           | Extension of Time to File Rule |
| JESE CASILLAS CARILLO (2),       ) | 16 Expert Summaries |
| ROSA ARACELI GRANADOS (3),   ) | |
| FRANCISCO FIGUEROA (6),           ) | Date: 02/24/2017 |
| GABRIELA VAZQUEZ (7),               ) | Without Oral Argument |
| BRITTNEY LEE ZARAGOZA (10),   ) | |
| SALVADOR GUDINO CHAVEZ (11), ) | |
| JUVENAL LANDA SOLANO (14),    ) | |
| ERICA MARIA SOLIS (15),             ) | |
| EDGAR OMAR FARIAS (16),           ) | |
| JUAN BRAVO ZAMBRANO (19),     ) | |
| JOSE ADRIAN MENDOZA (23), and ) | |
| VERONICA ELVIRA CORTEZ (24), ) | |
| )                                                           | |
| Defendants.         ) | |
| )                                                           | |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, submits this

United States' Motion for Extension of Time to File Rule 16 Expert Summaries - 1
Casillas.MotionEx.docx

motion for an extension of time to filed its Rule 16 Expert Summaries in the above captioned case.

The Court has filed several Orders in the above referenced case setting trial in this matter on April 17, 2017, (*See* ECF Nos. 101, 258, 308) The Orders state that the United States Rule 16 Expert Summaries are to be produced to the parties and emailed to the Court on January 27, 2017.

The United States has disclosed several lab reports to counsel in various disclosures.  At this time, the United States has not yet been provided the CVs and Rule 16 materials needed to complete the expert summaries as required by the Court.

After some conversation, the United States anticipates that defense will most likely be filing motions to continue the current trial date.  The United States has sent an email to all counsel regarding this request for extension, but because of the number of counsel in this case, cannot state whether any has an objection.

The United States requests an extension of time to file its Rule 16 Expert Summaries until two weeks before the currently set final pretrial conference of March 28, 2017, that being March 14, 2017.

DATED January 27, 2017.

                Michael C. Ormsby
                United States Attorney

                *s/Stephanie Van Marter*

                Stephanie Van Marter
                Assistant United States Attorney

United States' Motion for Extension of Time to File Rule 16 Expert Summaries - 2
Casillas.MotionEx.docx

CERTIFICATION

I hereby certify that on January 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Robin Emmans, robin.emmans@secondstreetlaw.com
Jim Egan, jim.egan@owt.com
Rick Hoffman, rick_hoffman@fd.org
Ricardo Hernandez, hloffice@basinis.com
Victor H. Lara, vh_lara@hotmail.com
Gregory Lee Scott, gregory@scottlaw.net
John Gregory Lockwood, jgregorylockwood@hotmail.com
Troy Joseph Lee, troylee@qwestoffice.net
Samuel Swanbert, 2lawyers@owt.com
Richard A. Smith, rasmith@house314.com
Kenneth D. Therrien, kentherrien@msn.com
Scott W. Johnson, scott@johnsonorr.com
Lee Edmond, ledmond.esq@gmail.com

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

United States' Motion for Extension of Time to File Rule 16 Expert Summaries - 3
Casillas.MotionEx.docx