UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JESE CASILLAS CARILLO (2), ) <br> ROSA ARACELI GRANADOS (3), ) <br> FRANCISCO FIGUEROA (6), ) <br> GABRIELA VAZQUEZ (7), ) <br> BRITTNEY LEE ZARAGOZA (10), ) <br> SALVADOR GUDINO CHAVEZ (11), ) <br> JUVENAL LANDA SOLANO (14), ) <br> ERICA MARIA SOLIS (15), ) <br> EDGAR OMAR FARIAS (16), ) <br> JUAN BRAVO ZAMBRANO (19), ) <br> JOSE ADRIAN MENDOZA (23), and ) <br> VERONICA ELVIRA CORTEZ (24). ) <br> ) <br> Defendants. | 4:15-CR-6049-EFS <br><br> Order Granting United States' Motion for Extension of Time File Rule 16 Expert Summaries |

THIS MATTER coming before the Court upon motion by the United States for an order extending time to file its Rule 16 expert summaries, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Motion for Extension of Time to File Rule 16 Expert Summaries is granted.

IT IS SO ORDERED this _____ day of January 2017.

_____
Edward F. Shea
Senior United States District Judge

Order Granting United States' Motion for Extension of Time File Rule 16 Expert Summaries- 1

Casillas.OrderE.docx