MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-6049-EFS |
| vs. | Motion to Expedite Hearing |
| JESE CASILLAS CARILLO (2), | Date: 02/03/2017 |
| ROSA ARACELI GRANADOS (3), | Without Oral Argument |
| FRANCISCO FIGUEROA (6), | |
| GABRIELA VAZQUEZ (7), | |
| BRITTNEY LEE ZARAGOZA (10), | |
| SALVADOR GUDINO CHAVEZ (11), | |
| JUVENAL LANDA SOLANO (14), | |
| ERICA MARIA SOLIS (15), | |
| EDGAR OMAR FARIAS (16), | |
| JUAN BRAVO ZAMBRANO (19), | |
| JOSE ADRIAN MENDOZA (23), and | |
| VERONICA ELVIRA CORTEZ (24), | |
| Defendants. | |

Plaintiff, United States of America, by and through MICHAEL C. ORMSBY, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington,

Motion to Expedite Hearing - 1
Casillas.MotionX.docx

submits the following Motion to Expedite Hearing without oral argument on United States' Motion for Extension of Time to File Rule 16 Expert Summaries.

DATED January 27, 2017.

>MICHAEL C. ORMSBY
>United States Attorney
>
>*s/ Stephanie Van Marter*
>Stephanie Van Marter
>Assistant United States Attorney

# CERTIFICATION

I hereby certify that on January 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Robin Emmans, robin.emmans@secondstreetlaw.com
Jim Egan, jim.egan@owt.com
Rick Hoffman, rick_hoffman@fd.org
Ricardo Hernandez, hloffice@basinis.com
Victor H. Lara, vh_lara@hotmail.com
Gregory Lee Scott, gregory@scottlaw.net
John Gregory Lockwood, jgregorylockwood@hotmail.com
Troy Joseph Lee, troylee@qwestoffice.net
Samuel Swanberg, 2lawyers@owt.com
Richard A. Smith, rasmith@house314.com
Kenneth D. Therrien, kentherrien@msn.com
Scott W. Johnson, scott@johnsonorr.com
Lee Edmond, ledmond.esq@gmail.com

>*s/ Stephanie Van Marter*
>Stephanie Van Marter
>Assistant United States Attorney

Motion to Expedite Hearing - 2
Casillas.MotionX.docx