UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:15-CR-6049-EFS |
| vs. ) | |
| ) | Order Granting United States' |
| JESE CASILLAS CARILLO (2), ) | Motion to Expedite Hearing |
| ROSA ARACELI GRANADOS (3), ) | |
| FRANCISCO FIGUEROA (6), ) | |
| GABRIELA VAZQUEZ (7), ) | |
| BRITTNEY LEE ZARAGOZA (10), ) | |
| SALVADOR GUDINO CHAVEZ (11), ) | |
| JUVENAL LANDA SOLANO (14), ) | |
| ERICA MARIA SOLIS (15), ) | |
| EDGAR OMAR FARIAS (16), ) | |
| JUAN BRAVO ZAMBRANO (19), ) | |
| JOSE ADRIAN MENDOZA (23), and ) | |
| VERONICA ELVIRA CORTEZ (24), ) | |
| ) | |
| Defendants. | |

THIS MATTER coming before the Court upon motion by the United States for an order allowing an expedited hearing re: United States' Motion for Extension of Time to File Rule 16 Expert Summaries, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Motion to Expedite Hearing is granted.

IT IS SO ORDERED this _____day of January 2017.

_____
Edward F. Shea
Senior United States District Judge

Order Granting United States' Motion To Expedite Hearing - 1
Casillias.OrderX.docx