JOSEPH HARRINGTON
Acting United States Attorney
Stephanie Van Marter
Assistant U.S. Attorney
Post Office Box 1494
Spokane, WA  99210-1494
(509) 353-2767

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:15-CR-6049-EFS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Supplemental Notice of Expert Witnesses and |
| JESE DAVID CARILLO CASILLAS (2), | ) | Rule 16 Expert Summaries |
| ROSA ARACELI GRANADOS (3), | ) | |
| GABRIELA MENDOZA VAZQUEZ (7), | ) | |
| BRITTNEY LEE ZARAGOZA (10), | ) | |
| SALVADOR GUDINO CHAVEZ (11), | ) | |
| ERICA MARIA SOLIS (15), | ) | |
| EDGAR OMAR HERERRA FARIAS (16), | ) | |
| JUAN BRAVO ZAMBRANO (19), | ) | |
| MIGUEL REYES GARCIA (21), | ) | |
| JOSE ADRIAN MENDOZA (23), | ) | |
| VERONICA ELVIRA CORTEZ (24), | ) | |
| JULIO CESAR ROSALES SAUCEDO (9), | ) | |
| ADAM BENJAMIN GOLDRING (12); AND | ) | |
| ALFREDO MAGANA GARIBAY, aka FREDDY (18) | ) | |
| Defendants. | | |

Notice of Expert Witnesses and Rule 16 Expert Summaries - 1
Casillas.Notice.Expert.Amended.docx

Plaintiff, United States of America, by and through Joseph Harrington, Acting United States Attorney for the Eastern District of Washington and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the following Supplemental Notice of Expert Witnesses and Rule 16 Summaries.

The United States seeks to supplement its notice of expert as to the Fingerprint Specialists reports to include an additional report relative to Defendant Julio Rosales Saucedo. The supplement to the previously filed Notice of Expert pertains only to Line Item 1 as emphasized below.  We have also included Mr. Hall's current Curriculum Vitae.

### FINGERPRINT SPECIALISTS

Attached please find "Curricula Vitaes" for Casey K. Quigley, Physical Scientist/Forensic Examiner with the Federal Bureau of Investigation Forensic Examination Unit, Michael Hall Senior Fingerprint Specialist with the Drug Enforcement Administration, and Lindsey Nowack, Forensic Identification Assistant with the RCMP Integrated Forensic Identification Services.  (*See*, Government's Exhibit C-1, Curriculum Vitae for Casey Quigley, Government's **Exhibit C-2, Current Curriculum Vitae Michael Hall,** and Government's Exhibit C-3, Curriculum Vitae for Lindsey Nowack).

At trial, the United States intends to present the testimony and opinions of these forensic examiners as it relates to the following exhibits:

Notice of Expert Witnesses and Rule 16 Expert Summaries - 2
Casillas.Notice.Expert.Amended.docx

<u>Latent Fingerprint examination Results to Be Admitted[1]</u>:

1. FBI Exhibits 1.01 and 1.02: Packaging from Fentanyl seized with latent fingerprint identification belonging to Defendants Casillas, Figueroa and **Julio Rosales Saucedo** - *See,* discovery pages 100000001-14, 60000008 **and Exhibits A and B.**

2. FBI Exhibit 1B21 (Item 12 for FBI lab) : Packaging from methamphetamine seized with latent fingerprint identification belonging to Defendants Casillas and Landa- *See,* discovery pages 100000547-607; 10000615-624.

3. FBI # 390032VB2/ Exhibits 32 A1, C1, D1, H1, I1, J1, N1, O1- various items of packaging from drug seizure in Grand Forks BC and latent fingerprint identification belonging to Miguel Reyes Garcia.

The forensic examiners will first testify as to their respective educational background and expertise in latent print examination.  They will then provide expert testimony, as detailed in the above previously provided reports, of their latent print examination of the various exhibits, detailing what was examined and whether any fingerprints suitable for comparison were developed utilizing various forensic methods.  If a fingerprint suitable for examination was developed, the forensic examiners will testify as to the comparison of that fingerprint to known fingerprints of the Defendants.

The United States also intends to seek expert testimony from these forensic

---

[1] The United States has not cited to every discovery page reference the fingerprint examinations.

Notice of Expert Witnesses and Rule 16 Expert Summaries - 3
Casillas.Notice.Expert.Amended.docx

examiners about why fingerprints are sometimes not found on exhibits submitted for analysis.  Each examiner will testify as to the all the evidence they examined and why a fingerprint would not necessarily be located on all those items.  The United States has also provided in discovery the additional Rule 16 materials to include the raw data, notes and procedures followed for all testing conducted.

DATED October 3, 2017

JOSEPH H. HARRINGTON
ACTING UNITED STATES ATTORNEY

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

# **CERTIFICATION**

I hereby certify that on October 3, 2017, I electronically filed the foregoing with the Clerk of the Court and counsel of record using the CM/ECF System.

John Gregory Lockwood, jgregorylockwood@hotmail.com, hodgsonlorrie@hotmail.com
Lee Edmond, ledmond.esq@gmail.com
Rick Lee Hoffman, rick_hoffman@fd.org, maria_deleon@fd.org
Robin Collett Emmans robin.emmans@secondstreetlaw.com, marcie@secondstreetlaw.com
Adam R Pechtel adam@pechtellaw.com, erin@pechtellaw.com
Terence Michael Ryan, tryan@prh.comcastbiz.net   kricco@prh.comcastbiz.net
Ricardo Hernandez hloffice@basinis.com,  hloffice1039@gmail.com  Ronald A Van Wert rvw@ettermcmahon.com jody@ettermcmahon.com
Victor H Lara, vh_lara@hotmail.com
Gregory Lee Scott, gregory@scottlaw.net  keila.scott@scottlaw.net
Richard J Troberman tmanlaw@aol.com
Troy Joseph Lee troylee@troyleelaw.net
Peter Steven Schweda, pschweda@wsmattorneys.com kschroeder@wsmattorneys.com
Michael V Felice, mike@mvfelicelaw.com  legal1@axtellbriggs.com
Richard A Smith, rasmith@house314.com  smithone@house314.com
Kenneth D Therrien, kentherrien@msn.com  jmora.ktlaw@outlook.com martha.ktlaw@outlook.com
Scott W Johnson, scott@johnsonorr.com

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Notice of Expert Witnesses and Rule 16 Expert Summaries - 5
Casillas.Notice.Expert.Amended.docx