# Exhibit C-2



**Michael M. Hall**
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Senior Fingerprint Specialist
Western Regional Laboratory
Pleasanton, California

---

## AREA OF EXPERTISE

**Forensic Discipline**

  Latent fingerprint processing and comparison

**Expert Testimony**
- Latent fingerprint development and comparison (147)
- Crime scene investigation (40)
- Physical matches. (5)
- Shoe impressions (3)

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Senior Fingerprint Specialist Western Laboratory (Pleasanton, CA), 1992-present*
- Developed and retain latent finger and palm prints using physical, chemical and lighting techniques in the laboratory and in the field.
- Compare developed latent prints to known fingerprints.
- Operate State and FBI Automated Fingerprint Identification Systems (AFIS) to search latent prints against known databases.
- Photograph crimes scene and other off-site physical evidence
- Use specialized computer systems to digitally photograph and process developed latent prints.
- Examined over 7,900 exhibits involving more than 59,000 specimens developing over 18,700 latent finger and palm prints.
- Compared developed latent prints to more than 11,050 subjects involving over 605,500 individual comparisons identifying approximately 4,700 latent prints to over 16,65 subjects.
- Provide training for Special Agents and other law enforcement personnel in evidence handling and latent print preservation.

*Training*
- International Association for Identification (IAI) annual educational seminars, 1992-2015
- International Association for Identification-California State Division (IAI-CSD) annual educational seminars, 1992-2015
- Northern California Forensic Study Group bi-monthly meetings
- American Society of Crime Laboratory Directors-Laboratory Accreditation Board
- (ASCLD/LAB) International Assessor Training Course, 2010
- NEC AFIS21 Latent User Methods and Operations, 2001
- Other in-service training from the FBI and other government agencies related to crime scene investigation and latent print development and comparison

**FRESNO POLICE DEPARTMENT**
*Supervising Identification Technician-Identification Bureau, Fresno, CA 1989-1992*
- Supervision and participation in crime scene investigations
- Scheduling staff and performing employee evaluations
- Evidence collection and preservation
- Forensic photography,
- Latent print processing and comparison
- AFIS computer operation
- Other duties as they relate to criminalistics and supervision of Identification Bureau staff.

*Training*
- Fresno City Supervisors Course, Fresno CA 1989
- Police Supervisors Training Course, Concord, CA 1990

**FRESNO POLICE DEPARTMENT**
*Identification Technician-Identification Bureau, Fresno, CA 1985-1989*
- Evidence collection and preservation
- Forensic photography,
- Latent print processing and comparison
- AFIS computer operation
- Other duties as they relate to criminalistics

*Training*
- Field Evidence Investigation, San Diego, CA 1985
- Field Evidence Technician Course, Long Beach, CA 1986
- FBI Advanced Latent Print Comparison Course, 1988

## EDUCATION AND CERTIFICATIONS

Lincoln Land Community College (Springfield, IL)
- Criminalistics (1977)

USAF Security Police Academy-Community College of the Air Force (San Antonio, TX)
- Police Science (1979)

Fresno Community College (Fresno, CA)
- Awarded Associates in Science -Criminalistics/Police Science (1984)

Kensington University (Glendale, CA)
- Awarded Bachelor's in Administration of Justice/Police Science (1990)

*Certification(s)*
- DEA Clandestine Laboratory Safety Certification, 1994-present
- DEA Clandestine Laboratory Level A Certification, 2017 -present
- ASCLD/LAB Certified Technical Assessor, 2010-present
- International Association for Identification (IAI) Certified Latent Print Examiner 1989- present

## PROFESSIONAL AFFILIATIONS

- International Association for Identification (IAI) Active member 1987-present (Awarded Life Member status 2012)
- International Association for Identification-California State Division (IAI-CSD) 1990- present (Awarded Life Member status 2014)
- IAI Latent Print Certification Board (1995-1998)
- Northern California Forensic Identification Study Group
- Scientific Working Study Group for Imaging Technology (SWGIT) 2001-2003
- California Friction Ridge Study Group

## PRESENTATIONS AND LECTURES

- Presenter, Unusual Latent Fingerprints in the DEA
  - International Association for Identification (IAI) Annual Training Seminar(Boston, MA) 1997
- Presenter, Best Practices-Latent Print Processing on Drug Packaging
  - International Association for Identification-California State Division (IAI-CSD) Annual Training Seminar (Monterey, CA) 2002
- Instructor, Fingerprint Analysis and Court Testimony
  - Regional Forensic Chemist Seminar (Managua, Nicaragua) 2002
- Presenter, Best Practices- Latent Print Processing on Drug Packaging
  - Northern California Forensic Identification Study Group (Concord, CA) 2012
- Presenter, A Case of Fingerprint Alteration
  - California Friction Ridge Study Group (State-wide webinar, San Francisco, CA) 2013

## PUBLICATIONS

- Ridge Detail Through Latex Gloves" Journal of Forensic Identification (ISSN 0895- 173X), Vol.41 No.6

## DISTINCTIONS

- DEA Administrator's Award for Distinguished Service (2001)
- DEA Administrator's Award for Outstanding Group Achievement (2006)
- DEA Exceptional Performance Awards 1994, 1997, 1998, 2000, 2002, 2003, 2004, 2005, 2007, 2008, 2010, 2011, 2013, 2014
- DEA Special Act or Service Award 1995, 2015
- Numerous letters of appreciation and commendation from Agents, Police Officials, US Attorneys and the public