# Exhibit A



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

**Latent Print Examination Report**

Seattle Division Office
300 5th Avenue
Suite 1300
Seattle, WA 98104

Case Number: RE-16-0157
LIMS Number: 2016-SFL7-03447

**Examination Requested:** Processing, Comparison and AFIS Search Request

**Exhibit Number:** 1

### Description of Evidence

(10) plastic wrap, black tape and heat seal freezer bag packaging, (2) plastic wrap, tan tape and heat seal freezer bag packaging, (1) large black plastic trash bag, (2) black plastic shopping bags

**Comparison Information:** Known print standards and/or identifying information for:

| Last Name | First Name | FBI # | SID # | Source | Media |
|---|---|---|---|---|---|
| CASILLAS-CARRILLO | JESE | N/A | N/A | DEA-7 | N/A |
| ROSALES-SAUCEDO | JULIO | 167759HD3 | N/A | AFIS Search | 10 Print Card |

### Examination Results and Conclusions:

Thirteen latent fingerprints suitable for identification were developed on six black tape bundles of packaging material in Exhibit 1.
No latent prints suitable for identification were developed on the remaining items in Exhibit 1.
An AFIS evaluation of Exhibit 1 revealed latent fingerprints suitable for AFIS processing.
An AFIS search of four latent fingerprints was conducted in the FBI/NGI database. Three latent fingerprints were identified with the known fingerprint card of Julio ROSALES-SAUCEDO, FBI# 167759HD3.
The ten remaining latent fingerprints were compared to the known fingerprint card of Julio ROSALES-SAUCEDO, FBI# 167759HD3.
Nine of the remaining latent fingerprints from the black tape packaging were identified with the known fingerprint card of Julio ROSALES-SAUCEDO, FBI# 167759HD3.
One latent fingerprint was not identified with the known fingerprint card of Julio ROSALES-SAUCEDO, FBI# 167759HD3.
The known fingerprint card of Jese CASILLAS-CARRILLO is needed to compare the remaining latent fingerprint.
The known prints of Julio ROSALES-SAUCEDO will be retained in the laboratory case file.

LIMS Case #/I.A. Case #: 2016-SFL7-03447/RE-16-0157                              Exhibit(s): 1

Examined By: \S\  Michael M. Hall, Senior Fingerprint Specialist                 10/14/2016

Approved By: \S\  Christi L. Fischer, Supervisory Fingerprint Specialist         10/14/2016

CONTINUED FROM PREVIOUS PAGE

DEA Form 111 August 2013                                                         Page 2 of 2