# Exhibit B



**U.S. Department of Justice**

**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

**Latent Print Examination Report**

Seattle Division Office
300 5th Avenue
Suite 1300
Seattle, WA 98104

**Case Number:** RE-16-0157

**LIMS Number:** 2016-SFL7-03447

**Examination Requested:** Supplemental Request

**Exhibit Number:** 1

### Description of Evidence

(10) plastic wrap, black tape and heat seal freezer bag packaging, (2) plastic wrap, tan tape and heat seal freezer bag packaging, (1) large black plastic trash bag, (2) black plastic shopping bags

### Comparison Information: Known print standards and/or identifying information for:

| Last Name | First Name | FBI # | SID # | Source | Media |
|---|---|---|---|---|---|
| CASILLAS-CARRILLO | JESE | 755750JC7 | N/A | Agent Communication | 10 Print Card |
| DUARTE | FRANCISCO | 411662FB6 | N/A | Agent Communication | 10 Print Card |

### Examination Results and Conclusions:

Supplemental report to reflect additional comparison requests.

The remaining latent fingerprint from the black tape packaging in Exhibit 1 was compared to the known fingerprint cards of the listed subjects.

The latent fingerprint was not identified with the known fingerprint cards of the listed subjects.

An AFIS evaluation of the latent print previously revealed it was suitable for AFIS processing. Further AFIS examination will be performed in the DHS database.

The known prints of the above listed subjects will be retained in the laboratory case file.

Refer to original Latent Print Examination Report dated 10/14/2016.

**Examined By:** \S\   Michael M. Hall, Senior Fingerprint Specialist                    10/19/2016

DEA Form 111 August 2013

Page 1 of 2

60000008

Page 2 of 2

**LIMS Case #/I.A. Case #:** 2016-SFL7-03447/RE-16-0157                                     **Exhibit(s):** 1

Approved By: \S\   Christi L. Fischer, Supervisory Fingerprint Specialist                10/21/2016

CONTINUED FROM PREVIOUS PAGE

60000009