JOSEPH H. HARRINGTON
Acting United States Attorney
Caitlin A. Baunsgard
Assistant U.S. Attorney
Post Office Box 1494
Spokane, WA  99210-1494
(509) 353-2767

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:15-CR-6049-EFS |
| | ) | |
| Plaintiff, | ) | United States' Response to |
| | ) | Defendant's Motion to Reopen |
| v. | ) | Detention (ECF No. 568) |
| | ) | |
| JESE DAVID CARILLO CASILLAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, and Caitlin A. Baunsgard, Assistant United States Attorney for the Eastern District of Washington, submits this response to Defendant's Motion to Reopen Detention (ECF No. 568).

The Defendant is asking the Court to release him from custody for two reasons  ECF No. 568.  First, the Defendant asserts he was the victim of an "unprovoked" attack at the Benton County Jail, which required medical treatment.  The United States Marshal Service ("USMS") has provided the United States with the Benton County Jail reports related to this incident.  *See* Attachment "A".  The reports were also provided to defense counsel.  According to the reports, it appears the Defendant accused another inmate of stealing his commissary items, which resulted in a fight in the restroom.  *See id.*  The Defendant did suffer injuries related to this fight.  There is no information to believe this is related to his instant federal case.  The United States has requested a "Keep Separate" with the USMS, to prevent the two individuals from coming in contact with

United States' Response to Defendant's Motion to Reopen Detention - 1

one another again.  Additionally, it appears the Defendant has received appropriate medical care from the Benton County Jail.  It does not appear release would be appropriate on this basis.

Next, the Defendant requests release because he has secured a different residence to be released to.  However, the change in residence does not bely the underlying concerns present at his initial detention hearing or overcome the presumption of detention in this case.  As noted in the Pre-Trial Services report (ECF No. 27), the Defendant is a citizen of Mexico and is unlawfully present with an immigration detainer.  He grew up in Mexico, speaks Spanish, and has a knowledge of the Mexican culture – with his first reported entry into the United States in 2003 at the age of 17.  His parents and 4 siblings all currently reside in Mexico.  He has been deported previously and re-entered the United States unlawfully.  The Defendant also has a Mexican passport, which could easily be reissued by the Mexican government at his request.  Further, when a search warrant was executed on his residence, the Defendant possessed a firearm under his mattress.  There was another firearm located in the bedroom occupied by his wife's uncle (co-defendant Figueroa), who was charged, pled guilty, and has been sentenced related to the delivery of 12 kilograms of controlled substances orchestrated by the Defendant.  The evidence in this case has shown the Defendant is a leader/organizer of a high-level, international drug trafficking organization.  If released, he is most certainly a flight risk to avoid his immense sentencing exposure in this case.

The United States submits the Defendant has not overcome the presumption of detention and there is no viable basis to disturb this Court's previous Order.

DATED November 22, 2017.

                               JOSEPH H. HARRINGTON
                               ACTING UNITED STATES ATTORNEY
                               *s/Caitlin A. Baunsgard*
                               Caitlin A. Baunsgard
                               Assistant United States Attorney

## CERTIFICATION

I hereby certify that on November 22, 2017, I electronically filed the foregoing with the Clerk of the Court and counsel of record using the CM/ECF System.

Robin Emmans, robin.emmans@secondstreetlaw.com, marcie@secondstreetlaw.com

*s/Caitlin A. Baunsgard*
Caitlin A. Baunsgard
Assistant United States Attorney

United States' Response to Defendant's Motion to Reopen Detention - 3