JOSEPH H. HARRINGTON
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Caitlin Baunsgard
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 4:15-CR-6049-EFS |
| vs. | United States' Motion for Extension of Time to Provide CI Disclosures and Grand Jury Transcripts |
| JESE DAVID CARILLO CASILLAS (2), GABRIELA MENDOZA VASQUEZ (7), BRITTANY LEE ZARAGOZA (10), SALVADOR GUDINO CHAVEZ (11), EDGAR OMAR HERRERA FARIAS (16), ALFREDO MAGANA GARIBAY (18), JUAN BRAVO ZAMBRANO (19), MIGUEL REYES GARCIA (21), and JOSE ADRIAN MENDOZA (23), | |
| Defendants. | |

Plaintiff, United States of America, by and through JOSEPH H. HARRINGTON, United States Attorney for the Eastern District of Washington, and

United States' Motion for Extension of Time to Provide CI Disclosures and Grand Jury Transcripts - 1

Stephanie Van Marter and Caitlin Baunsgard, Assistant United States Attorneys for the Eastern District of Washington, submits this motion for extension of time to provide CI disclosures and grand jury transcripts in the above captioned case.

The Court's September 14, 2017, Case Management Order sets a deadline for the production of CI's identities, *Giglio* disclosure and willingness to be interviewed disclosed to Defendants (if applicable) and grand jury transcripts on February 23, 2018 (ECF No. 532). A pretrial conference is scheduled for March 6, 2018 (ECF No. 532). The United States requests an extension of time regarding these disclosures and requests the Court to hear argument and set new dates for production at the currently scheduled pretrial conference.

Since the last Pre-Trial Conference, Defendant Jese Casillas has been appointed new counsel. The United States anticipates that there will be a motion to continue trial based upon this new appointment. The United States further anticipates some Defendants, not all, will be joining in that motion to continue. As a result, the United States' concern is the disclosure of the identities of multiple confidential sources and cooperating defendants prematurely, which will raise significant safety concerns for these individuals. This concern is highlighted due to the fact that if this case were to be continued, it could be pushed out several months increasing these individuals exposure for an extended period of time. The Court intended this deadline to be a month prior to trial, not three months which could in fact occur if the disclosures are

United States' Motion for Extension of Time to Provide CI Disclosures and Grand Jury Transcripts - 2

provide as scheduled. Understanding there has not been a determination as to any continuance, this is a circumstance where these witnesses' safety should be a compelling reason to re-address this deadline given the new circumstances before the Court.

Given this request for extension, the United States would again extend an invitation to counsel to meet and discuss the cooperators who would offer testimony against their client and answer questions, absent identity.

The United States respectfully submits that this disclosure deadline should be addressed at the March 6th conference given the potential change in circumstances.

The assigned AUSA has also been significantly ill and would request an extension of time as to this deadline even if this Court would not consider granting this extension until March 6th. The United States would in the alternative ask until February 2, 2018.

The United States has sent notice to all counsel regarding this request, but does not have specific responses as to objections. However, the United States anticipates there will be objections to this request given the recent pre-trial motion practice.

DATED February 22, 2018.

JOSEPH H. HARRINGTON
United States Attorney
*s/Stephanie Van Marter*

Stephanie Van Marter
Assistant United States Attorney

United States' Motion for Extension of Time to Provide CI Disclosures and Grand Jury Transcripts - 3

## CERTIFICATION

I hereby certify that on February 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Nicolas Vieth, nick@viethlaw.com
Victor Lara, vh_lara@hotmail.com
Gregory Scott, gregory@scottlaw.net
Peter Schweda, pschweda@wsmattorneys.com
Michael Felice, mike@mvfelicelaw.com
Richard Smith, rasmith@house314.com
Ken Therrien, kenntherrien@msn.com
Scott Johnson, scott@johnsonorr.com

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

United States' Motion for Extension of Time to Provide CI Disclosures and Grand Jury Transcripts - 4