JOSEPH H. HARRINGTON
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-06049-EFS |
| vs. | Motion To Expedite Hearing |
| JESE DAVID CARILLO CASILLAS (2), | Date: 03/01/2018 @ 6:30 p.m. |
| GABRIELA MENDOZA VASQUEZ (7), | Without Oral Argument |
| BRITTANY LEE ZARAGOZA (10), | |
| SALVADOR GUDINO CHAVEZ (11), | |
| EDGAR OMAR HERRERA FARIAS (16), | |
| ALFREDO MAGANA GARIBAY (18), | |
| JUAN BRAVO ZAMBRANO (19), | |
| MIGUEL REYES GARCIA (21), and | |
| JOSE ADRIAN MENDOZA(23), | |
| Defendants. | |

      Plaintiff, United States of America, by and through JOSEPH H. HARRINGTON, United States Attorney for the Eastern District of Washington, and

Motion to Expedite Hearing - 1

Stephanie Van Marter, Assistant United States Attorneys for the Eastern District of Washington, submits the following Motion to Expedite Hearing without oral argument on the United States' Motion for Extension of Time to Provide CI Disclosures and Grand Jury Transcripts.

DATED February 22, 2018.

                                  JOSEPH H. HARRINGTON
                                  United States Attorney

                                *s/ Stephanie Van Marter*
                                Stephanie Van Marter
                                Assistant United States Attorney

## CERTIFICATION

I hereby certify that on February 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Nicolas Vieth, nick@viethlaw.com
Victor Lara, vh_lara@hotmail.com
Gregory Scott, gregory@scottlaw.net
Peter Schweda, pschweda@wsmattorneys.com
Michael Felice, mike@mvfelicelaw.com
Richard Smith, rasmith@house314.com
Ken Therrien, kenntherrien@msn.com
Scott Johnson, scott@johnsonorr.com

                                *s/ Stephanie Van Marter*
                                Stephanie Van Marter
                                Assistant United States Attorney