UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JESE DAVID CARILLO CASILLAS (2),<br>GABRIELA MENDOZA VASQUEZ (7),<br>BRITTANY LEE ZARAGOZA (10),<br>SALVADOR GUDINO CHAVEZ (11),<br>EDGAR OMAR HERRERA FARIAS (16),<br>ALFREDO MAGANA GARIBAY (18),<br>JUAN BRAVO ZAMBRANO (19),<br>MIGUEL REYES GARCIA (21), and<br>JOSE ADRIAN MENDOZA(23),<br><br>        Defendants. | 4:15-CR-06049-EFS<br><br>Order Granting United States' Motion To Expedite Hearing |

    THIS MATTER coming before the Court upon motion by the United States for an order allowing an expedited hearing re: United States' Motion for Extension of Time to Provide CI Disclosures and Grand Jury Transcripts, the Court having considered the motion and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED that the United States' Motion to Expedite Hearing is granted.

    IT IS SO ORDERED this _____day of February 2018.

 

                                                                          _____
                                                                          Edward F. Shea
                                                                          Senior United States District Judge