JOSEPH HARRINGTON
United States Attorney
Stephanie Van Marter
Assistant U.S. Attorney
Post Office Box 1494
Spokane, WA  99210-1494
(509) 353-2767

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESE DAVID CARILLO CASILLAS (2), <br> GABRIELA MENDOZA VASQUEZ (7), <br> BRITTANY LEE ZARAGOZA (10), <br> SALVADOR GUDINO CHAVEZ (11), <br> EDGAR OMAR HERRERA FARIAS (16), <br> ALFREDO MAGANA GARIBAY (18), <br> JUAN BRAVO ZAMBRANO (19), <br> MIGUEL REYES GARCIA (21), and <br> JOSE ADRIAN MENDOZA(23), <br><br> Defendants. | 4:15-CR-6049-EFS <br><br> Supplemental Notice of Expert Witnesses, Drug Chemists and Rule 16 Expert Summaries |

Plaintiff, United States of America, by and through Joseph Harrington, United States Attorney for the Eastern District of Washington and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the following Supplemental Notice of Expert Witnesses and Rule 16 Summaries.

Supplemental Notice of Expert Witnesses, Drug Chemists and
Rule 16 Expert Summaries - 1
Casillas.Notice.Expert.Amended.docx

The United States seeks to supplement its notice of expert as to the Drug Chemists to include an additional report relative to Defendant Edgar Farias. Discovery as to this information was provided to counsel on January 18, 2018, to include the Rule 16 materials from the Washington State Lab.  The United States simply neglected to amend the notice of expert earlier.

## WSP CHEMIST

Attached please find "Curricula Vitae" for Jason Trigg, previously disclosed as Discovery pages 60000629-630.  (*See*, Government's Exhibit A-4, Curriculum Vitae for Jason Trigg).  At trial, the United States intends to present the testimony and opinion of WSP Chemist Jason Trigg in addition to those previously noted as it relates to the following exhibits:

Drug Exhibits to Be Admitted:

1. <u>Items 6, 9, 15 and 16</u>- Packaging and controlled substances seized from the execution of search warrant by LEAD at 4873 E. Edison Rd. Sunnyside WA. See, discovery pages 60000228-232.

More specifically, the United States will seek to admit their expert testimony as to the chemical testing and analysis conducted on the above referenced samples submitted. This expert testimony will include their opinion as to the type of controlled substance present; the purity of controlled substance and how that relates to the overall weight of each sample; the presence or lack of presence of any cutting agents; and the total weight

Supplemental Notice of Expert Witnesses, Drug Chemists and
Rule 16 Expert Summaries - 2
Casillas.Notice.Expert.Amended.docx

of each evidentiary item both in purity and mixture and substance of controlled substance present. These proposed experts will also testify about their background and qualifications, the commonly accepted scientific methodology followed in reaching their conclusions as well as the peer review completed to test the accuracy of thier results.

DATED February 26, 2018

JOSEPH H. HARRINGTON
UNITED STATES ATTORNEY

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Supplemental Notice of Expert Witnesses, Drug Chemists and
Rule 16 Expert Summaries - 3
Casillas.Notice.Expert.Amended.docx

# **CERTIFICATION**

I hereby certify that on February 26, 2018, I electronically filed the foregoing with the Clerk of the Court and counsel of record using the CM/ECF System.

Nicolas Vieth, nick@viethlaw.com
Victor Lara, vh_lara@hotmail.com
Gregory Scott, gregory@scottlaw.net
Peter Schweda, pschweda@wsmattorneys.com
Michael Felice, mike@mvfelicelaw.com
Richard Smith, rasmith@house314.com
Ken Therrien, kenntherrien@msn.com
Scott Johnson, scott@johnsonorr.com
Ricardo Hernandez, rick@rickhernandez.lawyer

        *s/Stephanie Van Marter*
        Stephanie Van Marter
        Assistant United States Attorney

Supplemental Notice of Expert Witnesses, Drug Chemists and Rule 16 Expert Summaries - 4
Casillas.Notice.Expert.Amended.docx