**NICOLAS V. VIETH**
Bar Nos. ID 8166 / WA 34196
Vieth Law Offices, Chtd.
912 East Sherman Avenue
Coeur d' Alene   ID   83814
Telephone:   208.664.9494
Facsimile:    208.664.9448
Email:  nick@viethlaw.com

Attorney for Defendant - Jese David Carillo Casillas

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(The Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:15-CR-06049-EFS-2 |
| ) | |
| Plaintiff, ) | UNOPPOSED MOTION |
| ) | TO CONTINUE JURY TRIAL |
| vs. ) | AND EXTEND DOCUMENT |
| ) | DEADLINES |
| JESE DAVID CARILLO CASILLAS, ) | |
| ) | *With Oral Argument* |
| Defendant. ) | Tuesday, March 06, 2018 |
| ) | at 9:00 a.m. |

COMES NOW, the Defendant, Jese David Carillo Casillas, by and through his counsel of record, Nicolas V. Vieth of Vieth Law Offices, Chtd., and moves the Court to continue the Jury Trial currently scheduled for Monday, March 26, 2018 at 9:00 a.m., as well as extend all pretrial document due dates.

**UNOPPOSED MOTION TO CONTINUE JURY TRIAL - 1**

The United States Assistant Attorney, Stephanie VanMarter, has been contacted and has no objection to the continuance of this matter.

The Defendant requests additional time based upon the following reasons:

1) The undersigned was recently appointed to this case on February 14, 2018, and will require additional time to review the record and discovery, as well as meet with the client to discuss said discovery and the ongoing investigation;

2) Defense counsel requires the use of a Spanish-English interpreter to communicate with the Defendant;

3) The undersigned received a voluminous amount of discovery on February 22, 2018, and will need further time to adequately review said materials;

4) The undersigned has met with Mr. Casillas, who understands the need for a continuance to ensure that counsel can become fully informed and competently advise the Defendant as how to properly proceed; and

5) In addition, defense counsel will be submitting a funding authorization for the expert services of private investigator Tim

**UNOPPOSED MOTION TO CONTINUE JURY TRIAL - 2**

McCann, TJM Enterprises, to assist counsel with the investigation regarding the pretrial phase of the Defendant's case.

Counsel has discussed this request for a continuance with the Defendant in order to fully apprise him that he has the right to the "Speedy Trial Act." Mr. Casillas agrees to this continuance and a signed statement of reasons will be forthcoming.[1] Defendant suggests that any delay in this matter is justified and that the interests stated herein outweigh the interest of the public and Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

For these reasons, Defendant respectfully requests a continuance of six (6) months for the Jury Trial. Counsel seeks another pretrial date to determine substantive motions that have yet to be filed and a trial date that is amenable to the Court and counsel, so that a Jury Trial date may be held at a date and time convenient to both the Court and counsel.

DATED this 2nd day of March, 2018.

VIETH LAW OFFICES, CHTD.

 /s/ Nicolas V. Vieth
NICOLAS V. VIETH
Attorney for Eric J. Perez

---

[1] The undersigned has spoken with chambers and a Statement of Reasons will be signed at the upcoming Pretrial Conference set for Tuesday, March 6, 2018, following discussion of a potential new trial date.

**UNOPPOSED MOTION TO CONTINUE JURY TRIAL - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of March, 2018, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

USAWAE.CBaunsgardECF@usdoj.gov
USAWAE.SVanMarterECF@usdoj.gov

*/s/ Nicolas V. Vieth*
NICOLAS V. VIETH

**UNOPPOSED MOTION TO CONTINUE JURY TRIAL - 4**