# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>vs.<br><br>JESE DAVID CARILLO CASILLAS (2)<br>BRITTNEY LEE ZARAGOZA (10)<br>SALVADOR GUDINO CHAVEZ (11)<br>EDGAR OMAR HERRERA FARIAS (16)<br>ALFREDO MAGANA GARIBAY (18)<br>JUAN BRAVO ZAMBRANO (19)<br>MIGUEL REYES GARCIA (21)<br>JOSE ADRIAN MENDOZA(23)<br><br>                     Defendants. | **Case No.** 4:15-CR-6049-EFS-2, 10, 11, 16, 18, 19, 21, 23<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 03/06/2018 **LOCATION:** Richland<br><br>**PRETRIAL CONFERENCE/MOTION HEARING** |

| | **Senior Judge Edward F. Shea** | |
|---|---|---|
| Cora Vargas<br><br>**Courtroom Deputy** | 02<br><br>**Law Clerk** | Carolina Hickey<br>Cristina Perez-Lopez<br><br>**Interpreters** | Kim Allen<br><br>**Court Reporter** |
| Stephanie Van Marter<br>Caitlin Baunsguard<br><br>**Plaintiff's Counsel** | Nicolas Vieth for Jese David Carillo Casillas (2)<br>Victor Lara for Brittney Lee Zaragoza (10)<br>Gregory Scott for Salvador Gudino Chavez (11)<br>Peter Schweda for Edgar Omar Herrera Farias (16) and Alfredo Magana Garibay (18)<br>Michael Felice not present for Alfredo Magana Garibay (18)<br>Richard Smith for Juan Bravo Zambrano (19)<br>Kenneth Therrien for Miguel Reyes Garcia (21)<br>Scott Johnson for Jose Adrian Mendoza (23)<br><br>**Defendant's Counsel** | |

**[XX] Open Court**

Defendant Jese David Carillo Casillas (2) present, in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Brittney Lee Zaragoza (10) present, not in custody of the US Marshal
Defendant Salvador Gudino Chavez (11) present, not in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Edgar Omar Herrera Farias (16) present, in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Alfredo Magana Garibay (18) present, in custody of the US Marshal
Defendant Juan Bravo Zambrano (19) present, in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Miguel Reyes Garcia (21) present, in custody of the US Marshal, being assisted by the Court's interpreter
Defendant Jose Adrian Mendoza (23) present, not in custody of the US Marshal

Ms. Van Marter provides status of pretrial motions

**Defendant Edgar Omar Herrera Farias' Motion to Continue Motion to Suppress ECF No. 614, ECF No. 688**

Mr. Schweda moves to continue hearing on Defendant Edgar Omar Herrera Farias' Motion to Suppress ECF No. 614 (ECF No. 688)
Response by Ms. Van Marter
Additional argument by Mr. Schweda
Additional comments by Ms. Van Marter
**Court**: Defendant Edgar Omar Herrera Farias' Motion to Continue Motion to Suppress ECF No. 614, ECF No. 688, is **DENIED**, subject to renewal if necessary


**Defendant Edgar Omar Herrera Farias' Motion to Suppress, ECF No. 614**

**9:58 am        Sergeant Robert Tucker Sworn to Testify**

                Direct by Ms. Baunsgard

Ms. Baunsgard discusses Government's Identification No. 1 (35 photographs taken by Sergeant Tucker during execution of March 17, 2012 search warrant) with witness and moves for admission
Mr. Schweda requests foundation by laid
**Court**: All photographs included in Government's Exhibit No. 1 are admitted, subject to foundation being laid

Ms. Baunsgard discusses Government's Identification No. 2 (L.E.A.D. Task Force list of items seized during execution of search warrant) with witness and moves for admission
Objection by Mr. Schweda
**Court**: Government's Exhibit No. 2 is admitted

Ms. Baunsgard discusses Government's Identification Nos. 3 (search warrant issued on March 17, 2012) and 4 (affidavit in support of search warrant) with witness and moves for admission
No objection
**Court**: Government's Exhibit Nos. 3 and 4 admitted

10:40 am        Cross by Mr. Schweda

        Mr. Schweda and witness discuss Government's Exhibit No. 3, previously admitted

Mr. Schweda discusses Defendant's Identification No. 5 (three additional search warrants) with witness and moves for admission
No objection
**Court**: Defendant's Exhibit No. 5 admitted

Mr. Schweda discusses Defendant's Identification No. 6 (photograph of doorknob) with witness

10:57 am        Re-Direct by Ms. Baunsgard

Ms. Baunsgard and witness discuss Government's Exhibit No 1, photograph 3, previously identified and admitted

11:00 am        Witness steps down and is excused

Mr. Schweda moves to suppress on behalf of Edgar Omar Herrera Farias (ECF No. 614)
Opposition by Ms. Baunsgard
Rebuttal by Mr. Schweda
**Court**: Defendant Edgar Omar Herrera Farias' Motion to Suppress, ECF No. 614, is **DENIED**

**Defendant Juan Bravo Zambrano's Motion to Suppress, ECF No. 621**

Comments by Ms. Van Marter regarding information obtained
Response by Mr. Smith

**11:22 am        William Leahy, Retired Special FBI Agent, Sworn to Testify**

        Direct by Ms. Van Marter

11:45 am        Cross by Mr. Smith

Mr. Smith discusses Exhibit A to ECF No. 674 with witness (Report of Investigation)

**Recess:        12:03 pm**
**Reconvene:    1:47 pm**

Mr. Smith moves to suppress on behalf of Juan Bravo Zambrano (ECF No. 621)
Opposition by Ms. Van Marter
Rebuttal by Mr. Smith
**Court**: Defendant Juan Bravo Zambrano's Motion to Suppress, ECF No. 621, is **DENIED**

**Defendant Juan Bravo Zambrano's Motion to Suppress (Residence), ECF No. 622**

Mr. Smith, Ms. Van Marter and Court discuss Defendant Juan Bravo Zambrano's motion to suppress all evidence obtained pursuant to the arrest of Juan Bravo Zambrano and search of residence

**2:24 pm		Doug Stanley, Task Force Officer, Sworn to Testify**

		Direct by Ms. Van Marter

2:30 pm		Cross by Mr. Smith

2:45 pm		Re-direct by Ms. Van Marter

Mr. Smith moves to suppress all evidence obtained pursuant to the arrest of Juan Bravo Zambrano and search of residence  (ECF No. 622)
Opposition by Ms. Van Marter
Rebuttal by Mr. Smith
**Court**:  Defendant Juan Bravo Zambrano's Motion to Suppress (Residence), ECF No. 622, is **DENIED**

**Defendant Juan Bravo Zambrano's Motion to Suppress the Search of Residence Located in Benton City, Washington, Pursuant to a Search Warrant, ECF No. 624**

Mr. Smith moves to Suppress the Search of Residence Located in Benton City, Washington, Pursuant to a Search Warrant (ECF No. 624)
Opposition by Ms. Van Marter
Rebuttal by Mr. Smith
**Court**:  Defendant Juan Bravo Zambrano's Motion to Suppress the Search of Residence Located in Benton City, Washington, Pursuant to a Search Warrant, ECF No. 624, is **DENIED** – a Frank's hearing isn't warranted

**Defendant Miguel Reyes Garcia's Motion for a Bill of Particulars, ECF No. 620**

Mr. Therrien moves for a Bill of Particulars (ECF No. 620)
Response by Ms. Van Marter
**Court**: Defendant Miguel Reyes Garcia's Motion for a Bill of Particulars, ECF No. 620, is **DENIED**

Court and counsel discuss disclosure of confidential informants and discovery

**Court**: Trial Date is RESET from 03/26/2018 to **10/10/2018**; Final Pretrial Conference set for **09/18/2018 at 9:00 am** in Richland; Pretrial Conference set for **5/29/2018 at 9:00 am** in Richland

Court and counsel discuss pretrial motions deadline

**Adjourned: 3:41 pm**

| Convened: 9:38 am  1:47 pm | Adjourned:  12:03 pm  3:41 pm | Time:  2 hrs 25 mins  1 hr 54 mins | Total: 4 hrs 19 mins |
|---|---|---|---|