# EXHIBIT/IDENTIFICATION LIST

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> vs. <br> **JESE DAVID CARILLO CASILLAS (2)** <br> **BRITTNEY LEE ZARAGOZA (10)** <br> **SALVADOR GUDINO CHAVEZ (11)** <br> **EDGAR OMAR HERRERA FARIAS (16)** <br> **ALFREDO MAGANA GARIBAY (18)** <br> **JUAN BRAVO ZAMBRANO (19)** <br> **MIGUEL REYES GARCIA (21)** <br> **JOSE ADRIAN MENDOZA(23)** <br><br> **Case No.** 4:15-CR-6049-EFS-2, 10, 11, 16, 18, 19, 21, 23 | **United States District Court, Eastern District of Washington** |

| **Plaintiff's Attorney:** <br><br> Stephanie Van Marter <br> Caitlin Baunsgard | **Defendants' Attorneys:** <br><br> Nicolas Vieth for Jese David Carillo Casillas (2) <br><br> Victor Lara for Brittney Lee Zaragoza (10) <br><br> Gregory Scott present for Salvador Gudino Chavez (11) <br><br> Peter Schweda for Edgar Omar Herrera Farias (16) <br><br> Michael Felice for Alfredo Magana Garibay (18) <br><br> Richard Smith for Juan Bravo Zambrano (19) <br><br> Kenneth Therrien for Miguel Reyes Garcia (21) <br><br> Scott Johnson for Jose Adrian Mendoza (23) | **Motion Hearing Date:** <br> 03/06/2018 |
|---|---|---|
| **PRESIDING JUDGE** <br><br> Edward F. Shea | **COURT REPORTER** <br><br> Kim Allen | **COURTROOM DEPUTY** <br><br> Cora Vargas |

| Pltf's Exh/ID | Deft's Exh/ID | Admitted | DESCRIPTION OF EXHIBIT/IDENTIFICATION |
|---|---|---|---|
| 1 |  | 03/06/2018 | 35 photographs taken by Sergeant Tucker during execution of March 17, 2012 search warrant |
| 2 |  | 03/06/2018 | L.E.A.D. Task Force list of items seized during execution of search warrant |
| 3 |  | 03/06/2018 | March 17, 2012 search warrant |
| 4 |  | 03/06/2018 | Affidavit in Support of March 17, 2012 Search Warrant |
|  | 5 | 03/06/2018 | Three additional search warrants |
|  | 6 |  | Photograph of doorknob |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |