| | |
|---|---|
| **WITNESS LIST** | |
| **UNITED STATES OF AMERICA** <br> vs. <br> **JESE DAVID CARILLO CASILLAS (2)** <br> **BRITTNEY LEE ZARAGOZA (10)** <br> **SALVADOR GUDINO CHAVEZ (11)** <br> **EDGAR OMAR HERRERA FARIAS (16)** <br> **ALFREDO MAGANA GARIBAY (18)** <br> **JUAN BRAVO ZAMBRANO (19)** <br> **MIGUEL REYES GARCIA (21)** <br> **JOSE ADRIAN MENDOZA(23)** <br><br> **Case No**. 4:15-CR-6049-EFS-2, 10, 11, 16, 18, 19, 21, 23 | **United States District Court Eastern District of Washington** |
| **Plaintiff's Attorney:** <br> Stephanie Van Marter <br><br> **Defendants' Attorneys:** <br> Nicolas Vieth for Jese David Carillo Casillas (2) <br> Victor Lara for Brittney Lee Zaragoza (10) <br> Gregory Scott present for Salvador Gudino Chavez (11) <br> Peter Schweda for Edgar Omar Herrera Farias (16) <br> Michael Felice for Alfredo Magana Garibay (18) <br> Richard Smith for Juan Bravo Zambrano (19) <br> Kenneth Therrien for Miguel Reyes Garcia (21) <br> Scott Johnson for Jose Adrian Mendoza (23) | **Motion Hearing Date:** <br> 03/06/2018 |
| **Presiding Judge** <br> Edward F. Shea | **Court Reporter:** <br> Kim Allen <br><br> **Courtroom Deputy:** <br> Cora Vargas |

| DATE | EXHIBITS DISCUSSED | TESTIFYING FOR | NAME OF WITNESS |
|---|---|---|---|
| 03/06/2018 | 1, 2, 3, 4, 5, 6 | Government | Robert Tucker, Sergeant |
| 03/06/2018 | | Government | William Leahy, Retired Special FBI Agent |
| 03/06/2018 | | Government | Doug Stanley, Task Force Officer |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |