**NICOLAS V. VIETH**
Bar Nos. ID 8166 / WA 34196
Vieth Law Offices, Chtd.
912 East Sherman Avenue
Coeur d' Alene   ID   83814
Telephone:    208.664.9494
Facsimile:    208.664.9448
Email:  nick@viethlaw.com

Attorney for Defendant - Jese David Carillo Casillas

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### (The Honorable Edward F. Shea)

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　） | **CASE NO. 4:15-CR-06049-EFS-2** |
| 　　　Plaintiff,　　　　　　　　） | |
| 　　　　　　　　　　　　　　　） | **SECOND MOTION** |
| vs.　　　　　　　　　　　　　） | **TO CONTINUE THE** |
| 　　　　　　　　　　　　　　　） | **DEADLINES FOR FILING** |
| JESE DAVID CARILLO CASILLAS, ） | **PRETRIAL MOTIONS** |
| 　　　　　　　　　　　　　　　） | |
| 　　　Defendant.　　　　　　　） | *Without Oral Argument* |
| ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿） | *Monday, June 18, 2018 at 6:30 p.m.* |

　　　　COMES NOW the Defendant, Jese David Carillo Casillas, by and through

counsel of record, Nicolas V. Vieth of Vieth Law Offices, Chtd., and moves the

**SECOND MOTION TO CONTINUE THE**
**DEADLINES FOR FILING PRETRIAL MOTIONS - 1**

Court to extend the pretrial motions filing deadline currently set for Monday,

June 11, 2018, for a period of sixty (60) days.

The Defendant requests additional time based upon the following reasons:

1. The undersigned and defense investigator need additional time to review the record and the voluminous amount of discovery, and to meet with the client to discuss said discovery;

2. The defense's private investigator, William Long, is in the process of conducting a drug quantity analysis based on all of the information contained within the discovery materials;

3. Mr. Long estimates, with the utilization of discovery coordinator Behind the Gavel's services, that he will require an additional thirty (30) days to complete his review of discovery and prepare a thorough investigative report. *See* ECF 751 (identifying potential issues and possible pretrial motions).

3. Defendant further represents that Assistant United States Attorney, Stephanie A. Van Marter, has been contacted and as of today's date the Government's position regarding this request is unknown.

**SECOND MOTION TO CONTINUE THE
DEADLINES FOR FILING PRETRIAL MOTIONS - 2**

For all of the aforementioned reasons, Defendant respectfully requests a continuance of sixty (60) days for all pretrial motion filing deadlines.

DATED this 11th day of June, 2018.

VIETH LAW OFFICES, CHTD.


 */s/ Nicolas V. Vieth*

NICOLAS V. VIETH
Attorney for Jese Carillo Casillas

**SECOND MOTION TO CONTINUE THE
DEADLINES FOR FILING PRETRIAL MOTIONS - 3**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 11th day of June, 2018, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

USAWAE.CBaunsgardECF@usdoj.gov
USAWAE.SVanMarterECF@usdoj.gov

*/s/ Nicolas V. Vieth*
NICOLAS V. VIETH

**SECOND MOTION TO CONTINUE THE
DEADLINES FOR FILING PRETRIAL MOTIONS - 4**