**NICOLAS V. VIETH**
Bar Nos. ID 8166 / WA 34196
Vieth Law Offices, Chtd.
912 East Sherman Avenue
Coeur d' Alene   ID   83814
Telephone:   208.664.9494
Facsimile:    208.664.9448
Email:  nick@viethlaw.com

Attorney for Defendant - Jese David Carillo Casillas

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
### (The Honorable Edward F. Shea)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | CASE NO. CR-15-06049-EFS-2 |
| ) | |
| vs. ) | |
| ) | **MOTION TO EXPEDITE** |
| **JESE DAVID CARILLO CASILLAS,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW the Defendant, Jese David Carillo Casillas, by and through

counsel of record, Nicolas V. Vieth of Vieth Law Offices, Chtd., and respectfully

**MOTION TO EXPEDITE - 1**

submits this Motion to Expedite consideration of the Defendant's Second Motion to Extend the Pretrial Motions Filing Deadline, ECF 816.

DATED this 11th day of June, 2018.

                       VIETH LAW OFFICES, CHTD.

                       /s/ Nicolas V. Vieth
                       NICOLAS V. VIETH
                       Attorney for Jese D. Carillo Casillas

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of June, 2018, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

              USAWAE.CBaunsgardECF@usdoj.gov
              USAWAE.SVanMarterECF@usdoj.gov

                       /s/ Nicolas V. Vieth
                       NICOLAS V. VIETH

**MOTION TO EXPEDITE - 2**