1  Joseph H. Harrington
2  United States Attorney
   Eastern District of Washington
3  Stephanie Van Marter
4  Assistant United States Attorney
   Caitlin Baunsgard
5  Assistant United States Attorney
6  Post Office Box 1494
   Spokane, WA 99210-1494
7  Telephone: (509) 353-2767
8
9           UNITED STATES DISTRICT COURT
10       FOR THE EASTERN DISTRICT OF WASHINGTON
11 UNITED STATES OF AMERICA,
12
13          Plaintiff,                Case No.: 4:15-CR-06049-EFS-2
14     vs.                            Motion For Order Of Dismissal
15                                    Without Prejudice
   JESE DAVID CARILLO-CASILLAS,
16
17          Defendant.
18
19
20     Plaintiff, United States of America, by and through Joseph H. Harrington,
21 United States Attorney for the Eastern District of Washington, and Stephanie Van
22
23 Marter and Caitlin Baunsgard, Assistant United States Attorneys for the Eastern
24 District of Washington, submits the following Motion For Order Of Dismissal
25 Without Prejudice.
26
27     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by
28 leave of court endorsed hereon, the United States Attorney for the Eastern District

Motion For Order Of Dismissal Without Prejudice - 1

of Washington hereby dismisses Counts 4, 5, 7, 8, 9, 10, 11, 13, and 15 of the Second Superseding Indictment against Defendant, JESE DAVID CARILLO-CASILLAS, without prejudice.

Dated: October 3, 2018.

          Joseph H. Harrington
          United States Attorney

          *s/Stephanie Van Marter*
          Stephanie Van Marter
          Assistant United States Attorney

### CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nicolas Vieth, nick@viethlaw.com

          *s/ Stephanie Van Marter*
          Stephanie Van Marter
          Assistant United States Attorney