**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>-vs-<br>JESE DAVID CARILLO CASILLAS,<br><br>                              Defendants. | Case No.    4:15-CR-6049-EFS-2<br>**CRIMINAL MINUTES**<br>DATE:    DECEMBER 12, 2018<br>LOCATION:    RICHLAND<br>**SENTENCING HEARING – Day 2** |

**Hon. Edward F. Shea**

| Cora Vargas | 02 | Carolina Hickey | Kim Allen |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |

| Stephanie Van Marter | Nicolas Vieth |
|---|---|
| **Government Counsel** | **Defense Counsel** |

**[X]  Open Court**          **[ ]  Chambers**          **[ ]  Telecon**

Defendant present, in custody of the US Marshal, being assisted by the Court's Interpreter

Argument by Mr. Vieth and Ms. Van Marter regarding Defendant's objections to the Presentence Investigation Report

The Court rules on objections to Presentence Investigation Report

SanJuanita Coronado, US Probation Officer, Sworn to Testify
Recommendation by US Probation Officer
Examination of witness by Court
Cross examination by Ms. Van Marter
Cross examination by Mr. Vieth
Witness steps down

Recess:         3:33 pm
Reconvene:   3:54 pm

Argument and recommendation by Ms. Van Marter

Argument and recommendation by Mr. Vieth

Defendant addresses the Court on his own behalf

**[X]  ORDER FORTHCOMING**

| **CONVENED:** 2:56 P.M.<br>                      3:54 P.M. | **ADJOURNED:** 3:33 P.M.<br>                         4:43 P.M. | **TIME:** 1 HR 26 MINS | **CALENDARED**    [ ] |
|---|---|---|---|

*USA -vs- Carillo Casillas*  December 12, 2018
4:15-CR-6049-EFS-2  Page 2
Sentencing

**SENTENCE**

**Imprisonment: 25 years on Count 1 and 15 years on Count 2,** to be served concurrently

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

Court recommends placement at CI Taft in California

**Supervised Release: 5 years on Count 1 and 3 years on Count 2,** to run concurrent**,** on standard conditions and the following special conditions:

1. You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

2. You must not communicate, associate, or otherwise interact, with any witnesses or codefendants in this case, without first obtaining the permission of the probation officer.

3. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

**Special Penalty Assessment**: $100.00
**Fine:** waived

Defendant denied federal benefits

Appeal rights given

Mr. Vieth requests a contact visit between Defendant and his family
**Court**: granted, at the scrutiny of the US Marshals