# SENTENCING EXHIBIT / WITNESS LIST

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| *UNITED STATES OF AMERICA* | |
|---|---|
| *-vs-* | **LOCATION:** Richland |
| *JESE DAVID CARILLO CASILLAS* | **Case No.:** 4:15-CR-6049-EFS-2 |

### SENTENCING DATE: 12/11/2018 and 12/12/2018

| **HON. EDWARD F. SHEA** | **Kim Allen** | **Cora Vargas** |
|---|---|---|
| Presiding Judge | Court Reporter | Courtroom Deputy |
| Stephanie Van Marter<br>Caitlin Baunsgard | | Nicolas Vieth |
| **Government Counsel** | | **Defense Counsel** |

| Date | Exhibits Discussed | Testifying For | Name of Witness |
|---|---|---|---|
| 12/11/2018 | 1, 2, 3, 5, 6, 7, 8, 9, 10, 11 | Government | Jaime Cepero, Massachusetts State Trooper |
| 12/11/2018 | | Government | Scott Barlow, Royal Canadian Police |
| 12/11/2018 | 1, 12, 13 | Government | William Leahy, Retired FBI Agent |
| | | | |
| | | | |
| | | | |
| | | | |

**EXHIBIT / WITNESS LIST** - Page 2     *United States -vs- Carillo Casillas*
Case No. 4:15-CR-6049-EFS-2

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/ Witness | Description of Exhibits |
|---|---|---|---|---|---|
| 1 | | 12/11/18 | 12/11/18 | X | Summary timeline of events relating to investigation |
| 2 | | 12/11/18 | 12/11/18 | X | Email from Defendant to Jaime Cepero dated 26th |
| 3 | | 12/11/18 | 12/11/18 | X | Transcript of BBM conversation between Defendant and Jaime Cepero |
| 4 | | | | | Skipped exhibit number |
| 5 | | 12/11/18 | 12/11/18 | X | Video clip of meeting at coffee shop areas of Westin Hotel in Seattle on November 7, 2015 |
| 6 | | 12/11/18 | 12/11/18 | X | Transcript of November 7, 2015 meeting referenced in Exhibit 5 |
| 7 | | 12/11/18 | 12/11/18 | X | Screenshot from inside hotel room on November 7, 2015 |
| 8 | | 12/11/18 | 12/11/18 | X | Screenshot from inside hotel room on November 7, 2015 |
| 9 | | 12/11/18 | 12/11/18 | X | Screenshot from surveillance of meeting with Ivan's wife and child on January 29, 2016 |
| 10 | | 12/11/18 | 12/11/18 | X | Transcript from January 29, 2016 meeting |
| 11 | | 12/11/18 | 12/11/18 | X | Incident Report and receipt of cash re: seizure |
| 12 | | 12/11/18 | 12/11/18 | X | Image from fentanyl seizure |
| 13 | | 12/11/18 | 12/11/18 | X | Image from fentanyl seizure |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |