IN THE UNITED STATES DISTRICT COURT

FOR THE __EASTERN__ DISTRICT OF __WASHINGTON__

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No. __4:15-CR-0649-EFS__ |
| ) | |
| vs. ) | **NOTICE OF APPEAL** |
| ) | |
| __Jesé David Carrillo Casillas__ ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW the Defendant, __Jese D Carrillo Casillas__ pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this Court on __December 12__, 20__18__.

Respectfully submitted this __17__ day of __December__, 20__18__.

_Jesé D Casillas C._

Copy mailed this __17__ day of __Dec__, 20__18__, to each of the following:

**RECEIVED**
Dec 21, 2018
CLERK, U.S. DISTRICT COURT