Rese DCasillas C.
DOD:: H
Benton County Correctional Center
7122 W Okanogan BLDG # B
Kennewick, WA 99336

Legal Documents

RECEIVED
DEC 21 2018
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

US District Court - Federal Building
Clerk
825 Jadwin Avenue, Room 174
Richland, Wa 99352