Jese D. Carrillo-Casillas
Reg. No. 20126-085, Unit VP-B
Federal Correctional Institution II
P.O. Box 5010
Oakdale, Louisiana 71463

March 14, 2019

Nicolas V. Vieth, Esq.
505 W. Riverside, Suite 200
Spokane, WA 99201

In re: U.S. v. Carrillo-Casillas, USDC No. 4:15-cr-06049

Dear Mr. Vieth:

    I am sending you this letter to inform you of my current place of confinement (please note the address above). I would like to take use of this opportunity to also ask you to provide me with a status update in regards to my direct appeal. As I am completely sure you would understand, I am extremely interested in the development of my direct appeal and what would be your legal assessment of those issues that could potentially be presented on direct appeal.

    I thank you greatly for the legal assistance you are providing me with and also thank you for your time and attention provided to this letter.

    Most sincerely,

*Jesé D Casillas C.*

cc: USDC Eastern District of Washington @: 920 W. Riverside, Suite 300, Spokane, Washinton 99201

**RECEIVED**

MAR 2 9 2019

CLERK, U.S. DISTRICT COURT
SPOKANE, WA