Jese David Carrillo Casillas
Fed. Reg. No. 20126-085
FCI Oakdale II
P.O. Box 5010
Oakdale, LA - 71463

28 April 2019

Clerk of the Court
U.S. District Court
for the Eastern District of Washington
825 Jadwin Avenue, Suite 174
Richland, WA - 99352-3589

RECEIVED
MAY 16 2019
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

        Ref: U.S.A. v. Carrillo Casillas
        Case No. 4:15-CR-06049-EFS-2

Dear Clerk of the Court,

    I would like to request a courtesy copy of the following document:

- Docket Report for Case No. 4:15-CR-06049-EFS-2.

    Please be informed that I am indident and in dire need of the document. Thank you for your assistance in this matter I look forward to hearing from you.

                                 Sincerely,

                          *Jese D Casillas C.*
                       Jese David Carrillo Casillas

ARCHIVED

MAY 16 2019

CLERK, U.S. DISTRICT COURT
EASTERN DIST. OF WASHINGTON