⇔20126-085⇔
Jese D Casillas Carrillo
Reg. no. 20126085
FCI Oakdale # 2
P.O. Box 5010
Oakdale, LA 71463
United States

**RECEIVED**
MAY 16 2019
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

SHREVEPORT LA 710
30 APR 2019 PM 1 L

⇔20126-085⇔
Usdc Eastern District
Clerk of the Court
825 Jadwin AVE
Suite 174
Richland, WA 99352
United States