UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>-RESPONDENT-<br><br>V.<br><br>JESE DAVID CASILLAS CARRILLO<br>-PETITIONER- | § § § § § § § § § § | Case No: 4:15-CR-6049<br><br>FILED IN THE<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON<br><br>AUG 19 2020<br><br>SEAN F. McAVOY, CLERK<br>_____DEPUTY<br>RICHLAND, WASHINGTON |

## REQUEST FOR DOCUMENTARY MATTER

Comes now Jese David Casillas-Carrillo ("Petitioner") respectfully requests the district court to obtain documentary evidence pertaining to his case, pursuant to the Freedom of Information Act (FOIA), 5 USC § 552.

Petitioner is submitting the following petition respectfully requesting the district court for the following documentary matters pertaining to his case: (1) A certified copy of his Pre-sentence report; (2) A copy of his original indictment and attached affidavit; (3) A copy of his plea colloquey. Petitioner is in the position of filing prospective petitions. A such documentary matter is urgently needed to comply with timeliness of such petitions. Thus, Petitioner respectfully requests the district court to grant to him these documents in the minor time possible, so as not to have Petitioner suffer undue prejudice from a late filing of prospective petitions.

Respectfully submitted this day: 8/7/2020
By: Jese David Casillas-Carrillo
Reg. No: 20126-085
FCI Oakdale II
P.O. Box 5010
Oakdale, LA 71463
Signature: *Jesé D Casillas C.*