⟺20126-085⟺
Jese D Casillas Carrillo
Reg: no. 20126085
FCI Oakdale # 2
P.O.Box 5010
Oakdale, LA 71463
United States

**RECEIVED**
AUG 19 2020
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

99352-358949

⟺20126-085⟺
Usdc Eastern District
Clerk of the Court
825 Jadwin AVE
Suite 174
Richland, WA 99352
United States

SHREVEPORT LA 710
07 AUG 2020 PM 2 L

