# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASINGTON

UNITED STATES OF AMERICA       CASE N°: 4:15-CR-6049

-RESPONDENT-

V.

JESÉ David Casillas Carrillo.

-PETITIONER-

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 20 2020

SEAN F. McAVOY, CLERK
                    DEPUTY
RICHLAND, WASHINGTON

## REQUEST FOR EXTENSION OF TIME TO FILE A SECTION 2255 PETITION.

. COMES NOW JESÉ (HEREINAFTER PETITIONER) FILES THE FOLLOWING PROSE PETITION RESPECTFULLY REQUESTING THE DISTRICT COURT FOR AN EXTENSION OF TIME TO FILE AN INEFFECTIVE ASSISTANCE OF COUNSEL CLAIM, PERSUANT TO 28 U.S.C.S. 2255.

. PETITIONER IS CURRENTLY HOUSED AT THE Oakdale F.C.I.

2. PETITIONER HAS FILED A PETITION WITH THE DISTRICT COURT TO OBTAIN DOCUMENTARY EVIDENCE TO PERSUE HIS CLAIMS. THE DISTRICT COURT ADVISED PETITIONER THAT HE SHOULD CONTACT HIS DEFENSE COUNSEL TO OBTAIN THE NECESSARY DOCUMENTS. PETITIONER HAS MADE SEVERAL REQUEST TO COUNSEL TO PROVIDE THE DOCUMENTATION, BUT UPON-TILL THE FILING OF THIS DOCUMENT, HE HAS NOT RESPONDED. Maybe a COURT ORDER would MOTIVATE Him TO Comply. ALSO UNDER THE PRESENT CIRCUMSTANCES OF THE

Institution has currently been transferring inmates from the facility, and bringing inmates from other facilities into the Oakdale F.C.I. 2, which resulted in inmates being placed in the general population, being tested positive for COVID-19, resulting in the quarantine of the entire housing unit for an indefinate period of time. As all inmates had to be swabbed, blood tested and placed on lockdown, with the only access to showers every three days. Petitioner has no access to law materials, type-writers, or typing paper, stamps etc. For the foregoing reasons there is an extraordinary circumstances that is beyond Petitioners control. Thus, for the foregoing reason Petitioner respectfully request the District Court for an extension of time to persue his 2255 claim. As he is excercising due dilegence, as to not be affected by the one (1) year statue of limitation contained in the AEDPA. And that he be subjected to the "Savings Clause" contained in section 2255 (F)(3). Petitioner avail the court his highest regards.

Respectfully submitted this day: 10-14-2020

By: Jesé David Casillas Carrillo.

Reg. N°: 20126-085

Signature: Jesé D Casillas C.

Oakdale F.C.I. 2

-Prose Litigant-

P.O. Box 5010

Oakdale, LA. 71463