FROM: Jesé David Casillas Carrillo
REG. NO: 20126-085
F.C.I. Oakdale 2
P.O. Box 5010
Oakdale, LA. 71463

RECEIVED
OCT 20 2020
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

SHREVEPORT LA 71
15 OCT 2020 PM 1

99352-358949

CLERK OF THE U.S. DISTRICT COURT
825 Jadwin Ave, Suite 174
Richland     Washington 99352